| | |
|---|---|
| DAVID M. WALSH (SB# 120761)<br>WENDY J. RAY (SB# 226269)<br>KAI S. BARTOLOMEO (SB# 264033)<br>ADAM M. SEVELL (SB# 266428)<br>dwalsh@mofo.com<br>wray@mofo.com<br>kbartolomeo@mofo.com<br>asevell@mofo.com<br>MORRISON & FOERSTER LLP<br>707 Wilshire Boulevard, Suite 6000<br>Los Angeles, CA  90017-3543<br>Telephone:  (213) 892-5200<br>Facsimile:  (213) 892-5454<br><br>Attorneys for Plaintiffs<br>BEATS ELECTRONICS, LLC and<br>ANDRE YOUNG p/k/a DR. DRE | STEPHEN E. MORRISSEY(187865)<br>smorrissey@susmangodfrey.com<br>SUSMAN GODFREY L.L.P.<br>1201 Third Avenue, Suite 3800<br>Seattle, Washington 98101<br>Telephone: (206) 373-7380<br>Facsimile: (206) 516-3883<br><br>BRIAN MELTON (Pro Hac Vice)<br>bmelton@susmangodfrey.com<br>SUSMAN GODFREY L.L.P.<br>1000 Louisiana St., Suite 5100<br>Houston, Texas 77002<br>Telephone: (713) 651-9366<br>Facsimile: (713) 654-6666<br><br>Attorneys for Defendants<br>STEVEN LAMAR, ROAM, INC., ROAM, LLC |

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BEATS ELECTRONICS, LLC and ANDRE YOUNG p/k/a DR. DRE,<br><br>  Plaintiffs,<br><br>  v.<br><br>STEVEN LAMAR; ROAM, LLC; ROAM, INC; and DOES 1-10, inclusive,<br><br>  Defendants. | Case No. 2:14-cv-07537-FMO (MRWx)<br><br>Hon. Fernando M. Olguin<br><br>**JOINT STATUS REPORT RE: SETTLEMENT**<br><br>Courtroom 22<br><br>Compl. Filed:  September 26, 2014<br>FAC Filed:  January 23, 2015<br>Trial Date:  February 9, 2016 |

Pursuant to the Court's February 2, 2015 Scheduling and Case Management Order Re: Jury Trial [ECF No. 28] and Central District of California Local Rule 16-15, Plaintiffs Beats Electronics, LLC and Andre Young p/k/a Dr. Dre, and Defendants Steven Lamar, ROAM, LLC, and ROAM, Inc., provide the Court with the following status report regarding their efforts to resolve the case. On April 2, 2015, the parties and their counsel participated in a full-day mediation before the Honorable Layn R. Phillips (Ret.) at the offices of Phillips ADR in Corona del Mar, California. The parties engaged in good faith discussions regarding a potential resolution of the matter but were unable to reach an agreement. The parties have had follow-up discussions with Judge Phillips since the mediation and will continue to work with Judge Phillips to explore a potential resolution of the case.

Dated: July 27, 2015            MORRISON & FOERSTER LLP

                                By: /s/ David M. Walsh
                                    David M. Walsh

                                Attorneys for Plaintiffs
                                BEATS ELECTRONICS, LLC and
                                ANDRE YOUNG P/K/A DR. DRE

Dated: July 27, 2015            SUSMAN GODFREY L.L.P.

                                By: /s/ Stephen E. Morrissey
                                    Stephen E. Morrissey

                                Attorneys for Defendants
                                STEVEN LAMAR, ROAM, INC.,
                                ROAM, LLC

1 **ECF ATTESTATION**

2     I, David M. Walsh, am the ECF User whose ID and password are being used
3 to file the above-titled document.  In compliance with Local Rule 5-4.3.4, I hereby
4 attest that counsel for Defendants have concurred in and authorized this filing, and I
5 shall maintain records to support this concurrence for subsequent production for the
6 Court if so ordered or for inspection upon request by a party.

8 Dated:  July 27, 2015        MORRISON & FOERSTER LLP

10         By: /s/ David M. Walsh
11            David M. Walsh

12         Attorneys for Plaintiffs
        BEATS ELECTRONICS, LLC and
13         ANDRE YOUNG P/K/A DR. DRE