JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BEATS ELECTRONICS, LLC, and ANDRE YOUNG p/k/a DR. DRE, <br><br>  Plaintiffs, <br><br> v. <br><br> STEVEN LAMAR; ROAM, LLC; ROAM, INC; and DOES 1-10, <br><br>  Defendants. | Case No. CV 14-7537 FMO (MRWx) <br><br> **JUDGMENT** |

  IT IS ADJUDGED THAT the above-captioned action is dismissed without prejudice.

Dated this 31st day of August, 2015.

/s/
Fernando M. Olguin
United States District Judge